## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 25-1338-DHU** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **LORY LADD MUNIZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE
(To Be Heard by Magistrate Judge)

Comes now Defendant, Lory Muniz, through counsel, and moves this Court to modify her conditions of release by removing the requirement that she reside at the La Pasada Halfway House.

As grounds counsel states:

1.      Ms. Muniz appeared before United States Magistrate John F. Robbenhaar for a detention hearing on April 23, 2025. [Doc. 12]. Judge Robbenhaar ordered Ms. Muniz released with the condition that she reside at the La Pasada Halfway House. [Doc. 22).

2.      Ms. Muniz has complied with all conditions of release since the detention hearing.

3.      In May 2026, Ms. Muniz's probation officer notified her that he would approve her moving into her own apartment. Ms. Muniz has secured an apartment and would like to move in as soon as possible.

4.      Her assigned pretrial services officer, Jacob Gomez, does not oppose this request. Counsel for the United States, Assistant United States Attorney Elliot Neal does not oppose this request.

WHEREFORE, for the foregoing reasons, Ms. Muniz hereby requests the Court modify her conditions of release by removing the requirement that she reside at La Pasada Halfway House.

1

Respectfully Submitted,


**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

***Electronically filed May 25, 2026***
/s/ Buck Glanz
Assistant Federal Public Defender
Attorney for Defendant

2