IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**

United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                           No. 25-cr-1338-DHU

LORY LADD MUNIZ,

      Defendant.

## ORDER MODIFYING CONDITIONS OF RELEASE

THIS MATTER IS BEFORE THE COURT on the Defendant's *Unopposed Motion to Modify Conditions of Release*, May 25, 2026 (Doc. 38).

The Court has considered the motion and finds good cause to modify Mr. Muniz's conditions of release: specifically, she in compliance with her conditions of release and the motion is unopposed.

**IT IS ORDERED** that Ms. Muniz is no longer required to reside at La Pasada Halfway House. All other conditions of release remain in place.

**SO ORDERED** this 26th day of May, 2026, in Albuquerque, New Mexico.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Buck Glanz
Assistant Federal Public Defender

1